IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02066-RPM-PAC

RUBEN CHACON, et al,

      Plaintiff(s),

v.

GFG CORPORATION, et al,

      Defendant(s).

_____

**ORDER OF RECUSAL**
_____

New counsel for defendants in this case, Richard A. Waltz, of The Waltz Law Firm, is a friend of mine.  Accordingly, I formally recuse myself from this case and request that another United States Magistrate Judge be assigned.

IT IS ORDERED that the Scheduling Conference set for January 12, 2006 is vacated.

Dated:  January 5, 2006.

                                          BY THE COURT:

                                          s/Patricia A. Coan
                                          PATRICIA A. COAN
                                          United States Magistrate Judge