IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:03-cv-02066-RPM-MEH

**RUBEN CHACON and
VIRGINIA CHACON,**
      Plaintiffs,

V.

**GFG CORPORATION;
GENCOAT, INC.; and
GENESIS WORLDWIDE II, INC.,**
      Defendants.

## ORDER DISMISSING DEFENDANTS GFG CORPORATION AND GENESIS WORLDWIDE II, INC. AND AMENDING THE CAPTION

This matter came before the Court on the stipulated motion of the parties to dismiss defendants GFG Corporation and Genesis Worldwide II, Inc., and to amend the caption of the above cause. The Court, having reviewed the stipulation, hereby approves the stipulation and grants the relief requested therein.

It is therefore ordered that defendants GFG Corporation and Genesis Worldwide II, Inc., be and hereby are dismissed with prejudice from the above cause. It is further ordered that the caption be and is amended to read "Ruben Chacon and Virginia Chacon, Plaintiffs, v. Gencoat, Inc., Defendant." All pleadings filed in this matter henceforth shall bear the new caption.

Dated this 25 day of February, 2006.

                                  U.S. District Court Judge/Magistrate