IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02066-RPM

RUBEN CHACON and
VIRGINIA CHACON,

       Plaintiff,

v.

GENCOAT, INC.,

       Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulated Motion to Dismiss (Doc. #46), filed on April 21, 2006, it is

ORDERED that the complaint is dismissed with prejudice, each party to pay its own costs and attorney's fees.

DATED: April 21, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge